<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **SERGEY ALEYNIKOV,** | : | |
| | : | |
| Plaintiff, | : | No. 15-2057 (KM) (MAH) |
| | : | |
| v. | : | |
| | : | |
| **THE GOLDMAN SACHS GROUP, INC.,** | : | **REPORT AND RECOMMENDATION** |
| | : | |
| Defendant. | : | |

This matter is before the Court by way of Plaintiff's motion to remand this case to the Delaware Court of Chancery and for the imposition of fees pursuant to 28 U.S.C. § 1447(c) [D.E. 4];

and Defendant having opposed Plaintiff's motion;

and the Court having considered the papers submitted in support of, and in opposition to, the motion;

and the Court having held oral argument on October 30, 2015;

and for the reasons set forth in an oral opinion delivered on the record on November 2, 2015;[1]

and for good cause shown;

---

[1] A copy of this transcript may be obtained from King Transcription Services (973-237-6080).

1

2

the Undersigned respectfully recommends that the District Court: (1) grant Plaintiff's Motion to Remand [D.E. 4] and remand this matter to the Delaware Court of Chancery; and (2) deny Plaintiff's application for the imposition of fees pursuant to 28 U.S.C. § 1447(c).

Under 28 U.S.C. § 636, and L. Civ. R. 71.1(c)(2), the parties have fourteen days to file and serve objections to this Report and Recommendation.


                                        *s/ Michael A. Hammer*
                                        **UNITED STATES MAGISTRATE JUDGE**


Dated: November 2, 2015